UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CYNTHIA ANDREWS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-00315 (EGS) |
| KRISTI NOEM,[1] | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion of March 28, 2022, it is

**ORDERED** that the November 1, 2023 Order to Show Cause is **DISCHARGED**; it is further

**ORDERED** that judgment is entered for the Defendant on all claims except the unadjudicated Rehabilitation Act claim; it is further

**ORDERED** that this case is **DISMISSED**, and it is closed.

This is a final appealable Order.

SIGNED:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Date: September 10, 2025

---

[1] By substitution pursuant to Fed. R. Civ. P. 25(d).